# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133288

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DURMAINE TARRANCE DOOLEY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133288
COA: 274645
Oakland CC: 2004-199479-FH

On order of the Court, the application for leave to appeal the January 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal for the reasons stated in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk